# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| INVADO PHARMACEUTICALS, LLC., | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:18-cv-02515 |
| | ) |
| FORWARD SCIENCE DISTRIBUTION LLC, | ) |
| FORWARD SCIENCE LLC, | ) JURY TRIAL DEMANDED |
| FORWARD SCIENCE HOLDING INC., | ) |
| and FORWARD SCIENCE | ) |
| TECHNOLOGIES LLC, and | ) |
| JANE DOES No. 1-10, | ) |
| | ) |
| Defendants. | ) |

## JOINT MOTION FOR ENTRY OF STIPULATED JUDGMENT

Plaintiff Invado Pharmaceuticals, LLC ("Invado") and Defendants Forward Science Distribution LLC, Forward Science LLC, Forward Science Holding Inc., and Forward Science Technologies LLC, (collectively "Forward Science") have settled the above-captioned litigation by written agreement. Pursuant to that agreement, the Parties have agreed to the entry of a Stipulated Judgment on the terms provided in the attached Exhibit A. Invado and Forward Science jointly request that the Court enter the Stipulated Judgment in the form provided.

Dated: December 7, 2018

Respectfully submitted,

 /s/ Timothy M. Howe_____
David Klevatt (6198947)
Timothy M. Howe
Laura A. Parry
**KLEVATT & ASSOCIATES, LLC**
33 N. LaSalle St., Suite 2100
Chicago, Illinois 60602
Telephone: (312) 782-9090

*Attorneys for Invado Pharmaceuticals, LLC*

Dated: December 7, 2018

Respectfully submitted,

 /s/ Laura M. Schaefer_____ \_\_\_\_
Kevin C. Parks (6197772)
Aaron R. Feigelson (6279091)
Laura M. Schaefer (6321447)
**LEYDIG, VOIT & MAYER, LTD.**
Two Prudential Plaza, Suite 4900
Chicago, Illinois 60601
Telephone: (312) 616-5600
Facsimile: (312) 616-5700

*Attorneys for the Forward Science Defendants*