# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| INVADO PHARMACEUTICALS, LLC., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 1:18-cv-02515 |
| ) | |
| FORWARD SCIENCE DISTRIBUTION LLC, ) | |
| FORWARD SCIENCE LLC, ) | JURY TRIAL DEMANDED |
| FORWARD SCIENCE HOLDING INC., ) | |
| and FORWARD SCIENCE ) | |
| TECHNOLOGIES LLC, and ) | |
| JANE DOES No. 1-10, ) | |
| ) | |
| Defendants. ) | |

## STIPULATED JUDGMENT AND ORDER

Plaintiff Invado Pharmaceuticals, LLC ("Invado") and Defendants Forward Science Distribution LLC, Forward Science LLC, Forward Science Holding Inc., and Forward Science Technologies LLC, (collectively "Forward Science") having agreed to terms and conditions representing a negotiated settlement of this action and having set forth those terms and conditions in a Settlement Agreement, and having consented to the entry of this Stipulated Judgment, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that:

1. This court has jurisdiction over the parties and the subject matter of this action.

2. The Parties have agreed to entry of a consent judgment in accordance with the terms of the Settlement Agreement.

3. Judgment of this action is in favor of all Defendants and against Plaintiff with respect to each of Plaintiff's claims raised in the Complaint. Plaintiff's claims against Defendants, which have been or could have otherwise been raised by Plaintiff in this action are hereby dismissed with prejudice.

4.  Invado acknowledges that neither Forward Science nor any of the Jane Doe Defendants are liable for any of the acts alleged in the Complaint.

5.  Forward Science's counterclaims brought in this Action, along with such other claims against Invado which have been or could have otherwise been raised by Forward Science, are dismissed with prejudice; however, the counterclaims brought in this Action shall remain available as defenses to Forward Science in any future action brought against it.

6.  Invado and Forward Science each knowingly, intentionally, and willingly waives its rights to appeal from this Stipulated Judgment and Order.

7.  Each of the Parties will bear its own costs, expenses, and attorneys' fees associated with the Settlement Agreement and the Action.

8.  This Court shall retain jurisdiction over the Parties for the purpose of enforcing the terms of this Stipulated Judgment and over any matters related to or arising from the interpretation or enforcement of the Parties' Settlement Agreement.

So ORDERED and SIGNED this \_\_\_\_ day of _____, _____.

_____
Hon. Sara L. Ellis
United States District Court Judge